motion to strike out paragraph 17 of the second amended complaint, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ANDREW J. BROWN, Respondent, v. PATRICK T. POWERS, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion to dismiss the complaint granted, with ten dollars costs. No opinion. .Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ALFRED C. GOUDIE, Respondent, v. ROBERT E. KEMERER, Doing Business under the Firm Name and Style, etc., Appellant, Impleaded with Another. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

.ALFRED C. GOUDIE, Respondent, v. ROBERT E. KEMERER, Doing Business under the Firm Name, etc., Appellant, Impleaded with Another. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

EVA SCHEU, Respondent, v. PRATT HANER, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

WILLIAM P. GOLDMAN and Others, Doing Business as a Copartnership, etc., Respondents, v. MORRIS GOLDE and Another, Doing Business as a Copartnership, etc., Appellants.— Order modified by striking out the provision requiring defendant to produce books and papers on the examination, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

VICTOR C. EMDEN, Appellant, v. MINT PRODUCTS COMPANY, INC., Respondent.— Order modified by further granting the demand for a bill of particulars as to the defendant's claim in the particulars numbered 4 and 6 in the notice of motion herein, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

MICHAEL DERRICO, as President of the CEMENT AND CONCRETE WORKERS UNION OF NEW YORK AND VICINITY, an Unincorporated Voluntary Association, Consisting of Seven or More Members, and Another, Appellants, v. ANTONIO LIANO and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

WILLIAM H. KENYON and Others, Respondents, v. HALL SWITCH AND SIGNAL COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

OAKVILLE COMPANY, an Incorporation, Appellant, v. JULIUS J. DUKAS, Trading under the Firm Name, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ABRAHAM FRANKENBERG, Respondent, v. HERMAN BERKOVITZ, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.